

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00384-CV

EX PARTE M.S.

§ On Appeal from the 213th District Court

§ of Tarrant County (D213-E13986-17)

§ May 23, 2019

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell